# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED GRAVES, | NO. ED CV 12-0457 ABC (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| TERRI GONZALEZ, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: _April 4_, 2012.

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE